# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFREDA CARTER** | * |
| | * CIVIL ACTION NO. 2:22-cv-05361 |
| **Plaintiff,** | * |
| | * |
| vs. | * |
| | * |
| | * JUDGE IVAN L.R. LEMELLE |
| **STATE FARM FIRE AND CASUALTY** | * |
| **COMPANY, STATE FARM GENERAL** | * |
| **INSURANCE COMPANY AND STATE FARM** | * |
| **MUTUAL AUTOMOBILE INSURANCE** | * MAGISTRATE KAREN |
| **COMPANY** | * WELLS ROBY |
| | * |
| **Defendants** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR RELEASE OF FUNDS

NOW INTO COURT through undersigned counsel comes Plaintiff Alfreda Carter, who moves this Court to instruct that the proceeds of the settlement in the instant case exclude the law firm McClenny, Moseley & Associates as a payee, for the following reasons:

On August 23, 2023, this Honorable Court entered a Judgment ordering that "should the law firm McClenny, Moseley & Associates seek to make any claim or enforce any lien for attorneys' fees against Plaintiff's recovery in this case, notice of that lien and/or a petition for intervention shall be filed in the record no later than 14 days from the date of this Order." On November 28, 2023, the parties agreed to terms for a full and final settlement of all claims in this matter. To date, the law firm McClenny, Moseley & Associates has not made any claim or attempt to enforce any lien for attorneys' fees against Plaintiff's recovery in this case, and has not filed any such notice or petition for intervention in the record of the Court.

Accordingly, Plaintiff seeks an Order from this honorable Court, instructing that the proceeds of the settlement in the instant case NOT include the law firm McClenny, Moseley &

Associates as a payee.

                                      **RESPECTFULLY SUBMITTED,**

*/s/ Peter J. Diiorio*

**PETER J. DIIORIO, #29837**
**Gulf Coast Insurance Attorneys**
**643 Magazine Street, Suite 202**
**New Orleans, LA 70130**
**(504) 897-5580**
**(504) 897-5570 fax**
**peter@gciattorneys.com**

**ATTORNEY FOR PLAINTIFF**
**ALFREDA CARTER**

## CERTIFICATE

I hereby certify that a copy of the foregoing Motion to Enroll as Counsel was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent counsel of record by operation of the Court's electronic filing system.

*/s/ Peter J. Diiorio*

**Peter J. Diiorio**