# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFREDA CARTER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5361** |
| **STATE FARM FIRE AND CASUALTY COMPANY, ET AL.** | **SECTION "B"(4)** |

## ORDER

Considering the motion to dismiss with prejudice (R. Doc. 28) filed by jointly Plaintiff Alfreda Carter and Defendant State Farm Fire and Casualty Company,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned matter shall be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear their/its own costs.

New Orleans, Louisiana this 26th day of January, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE